Form B1, p.1 (04/10)     Blumberg Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| Northern **District of** Illinois | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>BRENT:  MICHAEL C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): None | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 5203 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State):<br>21114 Vivienne Drive<br>Matteson, IL 60443                  ZIP CODE | Street Address of Joint Debtor (No. & Street, City and State):                  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                  ZIP CODE | |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (*the Internal Revenue Code).*

**Nature of Business**
(Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Chapter 11 Debtors**
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders of affiliates) are less than $2,343,300.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Form B1, p.2 (04/10)**

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | BRENT:  MICHAEL C. |

| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: | Case Number | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made part of this petition.
</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.   I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

/S/ Carl B. Boyd                                          11/08/2010
Signature of Attorney for Debtor(s).                      Date:
</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☒  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor-Venue**
*(Check any applicable box)*

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:

Address of landlord:

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)).

Form B1, p.3 (04/10)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>BRENT:  MICHAEL C. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X /S/ Michael C. Brent
_____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____   11/08/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correc, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by §1515 of title 11 are attached.

☐   Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

11/08/2010
Date

### Signature of Attorney

X /S/ Carl B. Boyd
_____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
Carl B. Boyd #6206607

Firm Name
Starks & Boyd, P.C.

Address
11528 S. Halsted
Chicago, IL 60628

Telephone Number
773-995-7900

Date 11/08/2010

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date 11/08/2010

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)
Address

X _____
Date 11/08/2010
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form B1, Exhibit D (12/09) Page 1    **Blumberg**Excelsior. Publisher. NYC 10013

# UNITED STATES BANKRUPTCY COURT

Northern **District of** Illinois

In re BRENT: MICHAEL C.                                      Case No.

     Debtor(s)                                                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

BRENT: MICHAEL C.

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose any filing fee you paid, and your creditors will be able to resume collection activities agaist you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*



Form B1, Exhibit D (12/09) Page 2    **Blumberg** Excelsior. Publisher. NYC 10013

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate a credit counseling briefing in person. by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /S/ Michael C. Brent

BRENT:  MICHAEL C.

Date: 11/08/2010

**B201A (12/09)**



**Blumberg**Excelsior, Inc., Publisher, NYC 10013

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumerdebts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly thepurposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs youabout bankruptcy crimes and notifies you that the Attorney General may examine all information you supply inconnection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seekthe advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Courtemployees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. Inorder to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires thatyou notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for twoindividuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, youand your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy ofall notices.

1.   <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who filefor bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunitiesfor credit counseling and provides assistance in performing a budget analysis.**
The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (includingbriefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and creditcounseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcycourt has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a jointcase must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.**

2.  <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>Chapter 7:</u>  **Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existingdebts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determinewhether the case should be permitted to proceed under chapter 7. If your income is greater than the median incomefor your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), thetrustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of theCode. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee mayhave the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds topay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

**Page 2**

B201A (12/09)



**Blumberg**Excelsior, Inc., Publisher, NYC 10013

Notice to consumer debtor(s)

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may denyyour discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore,you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domesticsupport and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations;certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury causedby operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can provethat a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcycourt may determine that the debt is not discharged.

### Chapter 13:    Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceedcertain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years orfive years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury;and certain long term secured obligations.

### Chapter 11:    Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:    Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time fromfuture earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to thosewhose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penaltyof perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, orboth. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by theAttorney General acting through the Office of the United States Trustee, the Office of the United States Attorney,and other components and employees of the Department of Justice.

WARNING: Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding yourcreditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed ifthis information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, andthe local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted athttp://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended torequire action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B201B (12/09)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013



# United States Bankruptcy Court

In re: BRENT:  MICHAEL C.                                    Case No.

Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer Address:

_____

X _____

Signature of Bankruptcy Petition Preparer or officer,principal, responsible person, or partner whose SocialSecurity number is provided above.

_____

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security Number of the officer, principal,  responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 USC  § 110).

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the BankruptcyCode.

X /S/ Michael C. Brent                                    X _____
 BRENT:  MICHAEL C.

Date:  11/08/2010

_____

Instructions: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has NOT been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by thedebtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcypetition preparers on page 3 of Form B1 also include this certification.

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY  COURT     Northern **DISTRICT OF** Illinois

In re: BRENT:   MICHAEL C.                                    Debtor(s)   Case No.                    (if known)

## STATEMENT

**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in comtemplation of and in connection

       with this case                                  $       1401.00

    (b)  prior to filing this statement, debtor(s) have paid        $        701.00

    (c)  the unpaid balance due and payable is            $        700.00

(3)  $ 299.00                   of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:                          **Respectfully submitted,**                     **Attorney for Petitioner**

11/08/10                        /S/ Carl B. Boyd                     Carl B. Boyd #6206607

**Attorney's name and address**

Starks & Boyd, P.C., 11528 S. Halsted, Chicago, IL 60628



B8 (Official Form 8) (12/08)        **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

In re   BRENT:  MICHAEL C.                                Case No.
                                                         Chapter    7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank of America Home Loans | **Describe Property Securing Debt:**<br>21114 Vivienne Drive, Matteson, |

Property will be (check one):

☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☒ Reaffirm the debt

☐ Other, Explain

Property is (check one):

☒ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 2   *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>Specialized Loan Servicing | **Describe Property Securing Debt:**<br>21114 Vivienne Drive, Matteson, |

Property will be (check one):

☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☒ Reaffirm the debt

☐ Other, Explain

Property is (check one):

☒ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 3   *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>Chase Manhattan Mortgage | **Describe Property Securing Debt:**<br>289 Hickory St., Chicago Heights |

Property will be (check one):

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☐ Other, Explain

Property is (check one):

☐         ☒ Not claimed as exempt



B8 (Official Form 8) (12/08)          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

In re   BRENT:  MICHAEL C.                                    Case No.
                                                             Chapter   7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 4  *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Bank of America Home Loans | 9121 S. Perry Ave., Chicago, IL |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ] Claimed as exempt          [x] Not claimed as exempt

| Property No. 5   *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Chase Manhattan Mortgage | 259 W. 15th Pl, Chicago Heights, |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ] Claimed as exempt          [x] Not claimed as exempt

| Property No. 6   *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Ocwen Loan Servicing | 9125 S. Perry Avenue, Chicago, I |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ]          [x] Not claimed as exempt



B8 (Official Form 8) (12/08)      **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

In re   BRENT:  MICHAEL C.

Case No.
Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 7 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| GMAC Mortgage | 238 Hickory St., Chicago Heights |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ] Claimed as exempt          [x] Not claimed as exempt

---

Property No. 8   *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bank of America Home Loans | 238 Hickory St., Chicaog Heights |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ] Claimed as exempt          [x] Not claimed as exempt

---

Property No. 9   *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| | |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ]          [ ] Not claimed as exempt

 B8 (Official Form 8) (12/08)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**PART B** – Personal property subject to unexplained leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES      ☐ NO |

| Property No. 2    *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES      ☐ NO |

| Property No. 3    *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES      ☐ NO |

| Property No. 4    *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES      ☒ NO |

| Property No. 5    *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES      ☐ NO |

| Property No. 6    *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES      ☐ NO |

| Property No. 7    *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicated my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

**Date:** 11/08/2010

**Signature of Debtor**

**Signature of Joint Debtor**

 Federal Bankruptcy Cover (10/06)   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

## Case No.

# United States Bankruptcy Court

Northern **DISTRICT OF** Illinois

In Re BRENT: MICHAEL C. _____ Debtor(s)

## Chapter 7 _____

Last four digits of Soc. Sec. No./ Complete EIN or other Tax   5203 _____
I.D. No.(If more than one, state all): _____

# Petition, Schedules and
# Statement of Financial Affairs

Carl B. Boyd #6206607
Starks & Boyd, P.C.

Attorney(s) for Petitioner
Office & Post Office Address & Telephone Numbe
11528 S. Halsted
Chicago, IL 60628
773-995-7900

**REFERRED TO**

_____

_____

Clerk

_____
Date

B200 (04/10)                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT
# REQUIRED LISTS, SCHEDULES, STATEMENTS, AND FEES
## Voluntary Chapter 7 Case

☐ Filing Fee of $245.
If the fee is to be paid in installments or the debtor requests a waiver of the fee, the debtor must be an individual and must file a signed application for court approval. Official Form 3A or 3B and Fed.R.Bankr.P. 1006(b) & (c)

☐ Administrative fee of $39 and trustee surcharge of $15. If the debtor is an individual and the court grants the debtor's request, these fees are payable in installments or may be waived.

☐ Voluntary Petition (Official Form 1). Names and addresses of all creditors of the debtor. Must be filed WITH the petition. Fed.R.Bankr.P. 1007(a)(1).

☐ Notice to Individual Debtor with Primarily Consumer Debts under 11 U.S.C. § 342(b) (Director's Form 201), if applicable.
Required if the debtor is an individual with primarily consumer debts. The notice must be GIVEN to the debtor before the petition is
filed. Certification that the notice has been given must be FILED with the petition or within 14 days. 11 U.S.C. §§ 342(b),
521(a)(1)(B)(iii), 707(a)(3). Official Form 1 contains spaces for the certification.

☐ Notice to debtor by "bankruptcy petition preparer" (Official Form 19).
Required if a "bankruptcy petition preparer" prepares the petition. Must be submitted WITH the petition. 11 U.S.C. § 110(b)(2).

☐ Statement of Social Security Number (Official Form 21).
Required if the debtor is an individual. Must be submitted WITH the petition. Fed.R.Bankr.P. 1007(f).

☐ Individual Debtor's Statement of Compliance with Credit Counseling Requirement (Exhibit D to Official Form 1).
Certificate of Credit Counseling and Debt Repayment Plan, if applicable
Section 109(h)(3) certification or § 109(h)(4) request, if applicable.
Exhibit D is required if the debtor is an individual. Exhibit D must be filed WITH the petition. If applicable, the Certificate of Credit
Counseling and Debt Repayment Plan must be filed with the petition or within 14 days. If applicable, the § 109(h)(3) certification or the
§ 109(h)(4) request must be filed WITH the petition. Fed.R.Bankr.P. 1007(b)(3) & (c).

☐ Statement disclosing compensation paid or to be paid to a "bankruptcy petition preparer" (Director's Form 280).
Required if a "bankruptcy petition preparer" prepares the petition. Must be submitted WITH the petition. 11 U.S.C. §110(h)(2).

☐ Statement of current monthly income, etc. (Official Form 22A). Required if the debtor is an individual. Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b) & (c).

☐ Schedules of assets and liabilities (Official Form 6).
Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b) & (c).

☐ Schedule of executory contracts and unexpired leases (Schedule G of Official Form 6).
Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b) & (c).

B200  (04/10)
Continued

**Blumberg** Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT
## REQUIRED LISTS, SCHEDULES, STATEMENTS, AND FEES
### Voluntary Chapter 7 Case

☐ Schedules of current income and expenditures.
All debtors must file these schedules. If the debtor is an individual, Schedules I and J of Official Form 6 must be used for this purpose.
Must be filed with the petition or within 15 days. 11 U.S.C. § 521(1) and Fed.R.Bankr.P. 1007(b) & (c).

☐ Statement of financial affairs (Official Form 7).
Must be filed with the petition or within 15 days. Fed.R.Bankr.P. 1007(b) & (c).

☐ Copies of all payment advices or other evidence of payment received by the debtor from any employer within 60 days before the
filing of the petition. Required if the debtor is an individual. Must be filed with the petition or within 15 days. Fed.R.Bankr.P. 1007(b) & (c).

☐ Statement of intention regarding secured property and unexpired leases (Official Form 8).
Required ONLY if the debtor is an individual and the schedules of assets and liabilities contain debts secured by property of the estate or
personal property subject to an unexpired lease. Must be filed within 30 days or by the date set for the Section 341 meeting of creditors,
whichever is earlier. 11 U.S.C. §§ 362(h) and 521(a)(2).

☐ Statement disclosing compensation paid or to be paid to the attorney for the debtor (Director's Form 203).
Required if the debtor is represented by an attorney. Must be filed within 15 days or any other date set by the court. 11 U.S.C. § 329 and Fed.R.Bankr.P. 2016(b).

☐ Certification of Completion of Instructional Course Concerning Financial Management (Official Form 23), if applicable.
Required if the debtor is an individual. Must be filed within 45 days of the first date set for the meeting of creditors. 11 U.S.C. § 727(a)(11) and Fed.R.Bankr.P. 1007(b)(7) & (c).

Form B6 SUM  (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT** Northern          **DISTRICT OF** Illinois

In re: BRENT:  MICHAEL C.                    Debtor(s)  Case No.
                                             Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J  in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data"  if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 2 | 780500.00 | | |
| B - Personal Property | x | 5 | 14640.00 | | |
| C - Property Claimed as Exempt | x | 2 | | | |
| D - Creditors Holding Secured Claims | x | 2 | | 935064.29 | |
| E - Creditors Holding Unsecured Priority Claims | x | 2 | | 60691.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 4 | | 97,125.89 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 2 | | | |
| I  -  Current Income of Individual Debtor(s) | x | 1 | | | 5977.43 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 10010.91 |
| Total Number of Sheets of All Schedules | | 22 | | | |
| Total Assets | | | 795140.00 | | |
| Total Liabilities | | | | 1092882.16 | |

 Form B6, S2, (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court
### District Of Illinois

In re: BRENT:  MICHAEL C.    Northern

Debtor(s)

Case No.

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 60,691.98 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 60,691.98 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 16) | $ 5,977.43 |
| Average Expences (from Schedule J, Line 18) | $ 10,010.91 |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $ 7,218.28 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $ 0.00 |
| 2. Total fromSchedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ 60,691.98 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 97,125.89 |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $ 97,125.89 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

**Form B6 A  (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                                    Debtor(s) Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single family residence located at 21114 Vivienne Drive, Matteson, IL 60443 purchased on 02/23/06 for $385,580.00 & quit claimed to Michael Brent Trust on 06/18/2007. | Fee simple | J | 264,000.00 | 362,076.69 |
| Single family investment property @ 9121 S. Perry Ave., Chicago, IL 60620 purchased on 11/24/03 for $77,400.00 & refinanced on 05/17/07 for $116,000.00.  SURRENDERING  TO FINANCE  CO. ! ! ! | Fee simple investment property | J | 114,000.00 | 126,571.24 |
| Single family inv. property @ 289 Hickory Street, Chicago Heights, IL 60411 purchased on 01/29/04 for $51,600.00 & refinanced on 02/14/05 for $79,700.00.  SURRENDERING  TO FINANCE  CO. ! ! ! | Fee simple investment property | J | 114,500.00 | 90,000.00 |
| Single family investment property @ 259 W. 15th Place, Chicago Heights, IL 60411 purchased on 08/16/04 for 56,700.00 & refinanced on 02/14/05 for $92,700.00. SURRENDERING  TO  FINANCE CO. ! ! ! | Fee simple investment property | J | 84,500.00 | 103,730.15 |
|  |  | Total -> | $577,000.00 | (Report also on Summary of Schedules) |

**Form B6 A  (12/07)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:BRENT:  MICHAEL C.                                    Debtor(s) Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single family investment property @ 9125 S. Perry Avenue, Chicago, IL 60620 purchased on 04/02/02 for 40,800.00 & refinanced on 01/30/08 for $132,000.00. SURRENDERING TO FINANCE CO. ! ! ! | Fee simple investment property | J | 128,000.00 | 144,332.21 |
| Single family inv. prop. @ 238 Hickory Street, Chicago Heights, IL 60411 purchased on 01/15/03 for $32,800.00, refi. on 05/23/06 for $25,945.00 & 2nd mtg. on 87,200.00. SURRENDERING TO FINANCE CO. ! ! ! | Fee simple investment property | J | 75,500.00 | 108,354.00 |
| | | Total -> | $780,500.00 | (Report also on Summary of Schedules) |

**Form B6 B  (12/07)**  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  BRENT:  MICHAEL C.                                 Debtor(s)    Case No.                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01  Cash on hand | | Cash | | 40.00 |
| 02  Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | Checking account with Harris Bank, Matteson, IL | | 100.00 |
| 03  Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04  Household goods and furnishings including audio video and computer equipment. | | Household furnishings | | 5,000.00 |
| 05  Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06  Wearing apparel. | | Clohting and shoes | | 1,000.00 |
| 07  Furs and jewelry. | | Wedding band | | 500.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   | 6,640.00

_____ Continuation sheets attached

**Form B6 B  (12/07)**   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  BRENT:  MICHAEL C.                    Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 08  Firearms and sports photographic and other hobby equipment. | x | | | |
| 09  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | 2 Whole life insurance policies with Farmer's Insurance | J | 6,500.00 |
| | | 2 Term Life insurance Policies with Countrywide Life Insurance Co. No cash out value. | J | 0.00 |
| 10  Annuities. Itemize and name each issuer. | x | | | |
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12  Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   13,140.00

_____ Continuation sheets attached

**Form B6 B** **(12/07)**
BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  BRENT:  MICHAEL C.                                    Debtor(s)    Case No.                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | x | | | |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

13,140.00

**Form B6 B  (12/07)**  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  BRENT:  MICHAEL C.                                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

13,140.00

**Form B6 B  (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  BRENT:  MICHAEL C.                              Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25 Automobiles trucks trailers and other vehicles and accessories. | | 2000 Dodge Intrepid with 240000 | | 1,500.00 |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    14,640.00

_____ Continuation sheets attached

**Form B6 C (04/10)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                                  Debtor(s)  Case No.                        (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single family residence located at 21114 Vivienne Drive, Matteson, IL 60443 purchased on 02/23/06 for $385,580.00 & quit claimed to Michael Brent Trust on 06/18/2007. | 735 ILCS 5/12-901 Homestead | 30,000.00 | 264,000.00 |
| 2 Whole life insurance policies with Farmer's Insurance | 215 ILCS 5/238 Life or Endowment Policies and Annuities Contracts | 6,500.00 | 6,500.00 |
| 2 Term Life insurance Policies with Countrywide Life Insurance Co. No cash out value. | 215 ILCS 5/238 Life or Endowment Policies and Annuities Contracts | 0.00 | 0.00 |
| Cash | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 40.00 | 40.00 |
| Checking account with Harris Bank, Matteson, IL | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 100.00 | 100.00 |
| Household furnishings | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 4,000.00 | 5,000.00 |
| Clohting and shoes | 735 ILCS 5/12-1001(a) Wearing Apparel Bible School Books and Family Pictures | 1,000.00 | 1,000.00 |

**Form B6 C (04/10)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                              Debtor(s)  Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**

☐ Check if debtor claims a homestead exemption that exceeds $146,450

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Wedding band | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 500.00 | 500.00 |
| 2000 Dodge Intrepid with 240000 | 735 ILCS 5/12-1001(c) Motor Vehicle | 1,500.00 | 1,500.00 |

Form B6 D  (12/07)       Brumberg & Cellior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                                    Debtor(s)  Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | CUD* |
|---|---|---|---|---|---|---|
| A/C #   670075432594 | X | W | VALUE $   264,000.00 | 305,948.00 | | |
| Bank of America Home Loans 450 American Street Simi Valley, CA 93065 (800) 669-6607 | | | Mortgage on single family residence @ 21114 Vivienne Drive, Matteson, IL 60443 | | | U |
| A/C #   137750827 | X | J | VALUE $   75,500.00 | 25,945.00 | | |
| Bank of America Home Loans 450 American Street Simi Valley, CA 93065 (800) 669-0102 | | | 2nd mtg. on single family inv. prop. @ 238 Hickory Street, Chicago Heights, IL 60411. SURRENDERING  TO  FINANCE  CO. ! ! ! | | | U |
| A/C #   161067258 | X | J | VALUE $   114,000.00 | 126,571.24 | | |
| Bank of America Home Loans 450 American Street Simi Valley, CA 93065 (800) 669-0102 | | | Mortgage on investment property at 9121 S. Perry Ave., Chicago, IL 60620.  SURRENDERING TO  FINANCE  CO. | | | U |
| A/C #   1560686414046 | X | J | VALUE $   84,500.00 | 103,730.15 | | |
| Chase Manhattan Mortgage 10790 Rancho Bernardo Road San Diego, CA 92127 (800) 548-7992 | | | Mortgage on single family inv. @ property  259 W. 15th Pl, Chicago Heights, IL 60411. URRENDERING  TO  FINANCE  CO. ! ! | | | U |
| A/C #   0686416348 | X | J | VALUE $   114,500.00 | 90,000.00 | | |
| Chase Manhattan Mortgage 10790 Rancho Bernardo Road San Diego, CA 92127 (800) 548-7992 | | | Mortgage on investment property @ 289 Hickory St., Chicago Heights, IL 60411. SURRENDERING TO  FINANCE  CO. ! ! ! | | | U |
| A/C #   0574794905 | X | J | VALUE $   75,500.00 | 82,409.00 | | |
| GMAC Mortgage P O Box 9001719 Louisville, KY 40290-1719 (800) 766-4622 | | | Mortgage on single family inv. prop. @ 238 Hickory Street, Chicago Heights, IL 60411. SURRENDERING  TO  FINANCE  CO. ! ! ! | | | U |
| A/C #   0070783485 | X | J | VALUE $   128,000.00 | 144,332.21 | | |
| Ocwen Loan Servicing, LLC P O Box 6440 Carol Stream, IL 60197-644 (800) 746-2936 | | | Mortgage on single family inv. prop. @ 9125 S. Perry Avenue, Chicago, IL 60620.  SURRENDERING TO FINANCE CO. ! ! | | | U |

Subtotal -> (Total of this page)       878,935.60       0.00

Total -> 878,935.60       0.00

__X__          Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6 D  (12/07)                    Brumberg Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                                    Debtor(s)  Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #   1002280311 | X | J | VALUE $    264,000.00 | 56,128.69 | | |
| Specialized Loan Servicing 8742 Lucent Blvd., Suite 3 Highlands Ranch, CO 80129 (800) 315-4757 | | | 2nd mortgage on single family residence @ 21114 Vivienne Drive, Matteson, IL 60443 | | | U |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

|  | | |
|---|---|---|
| Subtotal -> (Total of this page) | 56,128.69 | 0.00 |
| Total -> | 935,064.29 | 0.00 |

_____  Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)       (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 E  (04/10)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                    Debtor(s)  Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C.  § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | CUD* |
|---|---|---|---|---|---|---|
| A/C# 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 | | | | 20,322.57 | 20,322.57 | |
| Internal Revenue Service Department of Treasury Cincinnati, OH 45999-0025 | | | 2009 personal taxes owed to IRS | | 0.00 | U |
| A/C# 2010094837 | | | | Total ->     0.00 | | |
| Small Business Administration C/O The CBE Group, Inc. P O Box 70958 Charlotte, NC 28272-0958 (866) 239-6098 | | | Account in collection.  Notice only. | | Total ->     0.00 | U |
| A/C# 2399406000 | | | | 0.00 | | |
| Small Business Administration C/O U.S. Dept. of Treasury P O Box 830794 Birmingham, AL 35283-0794 (888) 826-3127 | | | Collection account.  Notice only. | | 0.00 | U |

X  Continuation Sheets attached.

|  | Subtotal -> (Total of this page) | 20,322.57 | 20,322.57 |
|---|---|---|---|
| | | | 0.00 |
| (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.)  Total -> | | 20,322.57 | 20,322.57 |
| (Use only on last page of the completed Schedule E.)  Total -> | | | 0.00 |

If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6 EE W (04/10)

In re BRENT:   MICHAEL C.

Debtor(s)          Case No.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C# 2399406000 | | | | 9,910.68 | 9,910.68 | |
| Small Business Administration P O Box 740192 Atlanta, GA 30374-0192 (800) 736-6048 | | | Collection account. | | 0.00 | U |
| A/C# 2010094837 | | | | 30,458.73 | 30,458.73 | |
| Small Business Administration P O Box 740192 Atlanta, GA 30374-0192 (800) 736-6048 | | | Account in collection | | 0.00 | U |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Subtotal -> | 40,369.41 | 40,369.41 | |
| | | | | | 0.00 | |
| | | | Total -> | 60,691.98 | 60,691.98 | |
| | | | Total -> | | 0.00 | |

_____ Continuation Sheets attached.

(use only on last page of the completed Schedule E,
(Report total also on Summary of Schedules.)

(Use only on last page of the completed Schedule E.)
If applicable, also on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: BRENT:   MICHAEL C.                         Debtor(s)        Case No.                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 189193<br>Athletic & Therapeutic In 790 Remington Blvd. Bolingbrook, IL 60440 (877) 284-2455 | | | Medical account | U | 477.99 |
| 4115077031697875<br>Capital One Bank C/O Blitt & Gaines, P.C. 661 W. Glenn Avenue Wheeling, IL 60090 (847) 403-4900/ 888-920-0 | | | Account in collection. Notice only. Case# 2010 M1 187170 | U | 0.00 |
| 4115077031697875<br>Capital One Bank P O Box 6492 Carol Stream, IL 60197 (800) 955-6600/ 800-608-5 | | | Account in collection Case# 2010 M1 187170 | U | 2,422.00 |
| 2007 M6 003367<br>Carol Butcher C/O Legal Assistance Foun 900 E. 162nd Street, Suit South Holland, IL 60473 (708) 271-4950 | | | Judgment | U | 41,827.50 |
| 90000000000612886<br>Center Bank 17127 Pioneer Blvd. Artesia, CA 90701 | | | Account in collection | U | 3,569.00 |
| 6072091618313604<br>Citibank 300 St. Paul Place Baltimore, MD 21202 (800) 922-6235 | | | Credit card account | U | 15,380.00 |

X
___ continuation sheets attached.

|  |  |
|---|---|
| Subtotal | $ 63,676.49 |
| Total | $ 63,676.49 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                                **Debtor(s)**        **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 5491130340055300<br>Citibank South Dakota, N.<br>C/O Blitt & Gaines, P.C.<br>661 W. Glenn Avenue<br>Wheeling, IL 60090<br>(847) 403-4900/ 888-920-0 | | | Judgment.  Notice ony.<br>(Case # 2009 M1 134838) | U | 0.00 |
| 5491130340055300<br>Citibank South Dakota, N.<br>P O Box 769006<br>San Antonio, TX 78245<br>(312) 977-5131 | | | Judgment.<br>(Case # 2009 M1 134838) | U | 21,158.11 |
| 67200916-0312367<br>Citifinancial<br>3950 Regent Blvd., S2A-28<br>Irving, TX 75063-2244<br>(800) 346-3051 | | | Credit card account | U | 4,099.81 |
| 122174-122174<br>City of Chicago<br>The Dept. of Water Manage<br>P O Box 6330<br>Chicago, IL 60680-6330<br>(312) 744-4426 | | | Water bill for 9121 S.<br>Perry Avenue, Chicago, IL<br>60620 | U | 525.16 |
| 031930503901<br>City of Chicago Heights<br>Dept. of Water<br>1601 Chicago Road<br>Chicago Heights, IL 60411 | | | Water bill for 289 Hickory<br>Street, Chicago Heights,<br>IL | U | 117.66 |
| 032130810601<br>City of Chicago Heights<br>Dept. of Water<br>1601 Chicago Road<br>Chicago Heights, IL 60411 | | | Water bill for 341 Hickory<br>Street, Chicago Heights,<br>IL | | 840.89 |

 X
——— continuation sheets attached.

Subtotal  $  26,741.63

Total  $  90,418.12

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**      **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                          Debtor(s)      Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 6011007907237340<br>Discover Financial Servic<br>C/O Zwicker & Associates,<br>80 Minuteman Road<br>Andover, MA 01810<br>(800) 370-2251 | | | Account in collection. Notice only. | U | 0.00 |
| 6011007907237340<br>Discover Financial Servic<br>P O Box 3008<br>New Albany, OH 43054-3008<br>(800) 347-7768 | | | Account in collection | U | 5,658.77 |
| 11891875<br>Open MRI Of Olympia Field<br>1035 Campus Drive<br>Mundelein, IL 60060<br>(847) 816-3007 | | | Medical account in collection | U | 176.00 |
| 11891875<br>Open MRI Of Olympia Field<br>C/OIllinois Collection Se<br>P O Box 1010<br>Tinley Park, IL 60477<br>(708) 857-7600 | | | Medical account in collection.  Notice only. | U | 0.00 |
| 771411058982****<br>Sam's Club<br>P O Box 981064<br>El Paso, TX 79998-1064<br>(800) 964-1917 | | | Credit card account | U | 122.00 |
| 20549036<br>Sprint PCS<br>C/O Enhanced Recovery Cor<br>8014 Bayberry Road<br>Jacksonville, FL 32256-74<br>(800) 630-1056 | | | Account in collection. Notice only. | U | 0.00 |

__X__  continuation sheets attached.

Subtotal  $  5,956.77

Total  $  96,374.89

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**In re:** BRENT:  MICHAEL C.                    **Debtor(s)**     **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 20549036<br><br>Sprint PCS<br>Sprint Customer Service<br>P O Box 8077<br>London, KY 40742<br>(888) 211-4727 | | | Account in collection                    U | | 751.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

———— continuation sheets attached.

Subtotal $ | 751.00

(Use only on last page of the completed Schedule F.)                    Total $ | 97,125.89
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 G (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.    Debtor(s)   Case No.    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form B6 H  (12/07)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:   BRENT:  MICHAEL C.                                    Debtor(s) Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Beulah Brent<br>21114 Vivienne Drive<br>Matteson, IL 60443 | 670075432594<br>Bank of America Home Loans<br>450 American Street<br>Simi Valley, CA 93065<br>(800) 669-6607 |
| Beulah Brent<br>21114 Vivienne Drive<br>Matteson, IL 60443 | 137750827<br>Bank of America Home Loans<br>450 American Street<br>Simi Valley, CA 93065<br>(800) 669-0102 |
| Beulah Brent<br>21114 Vivienne Drive<br>Matteson, IL 60443 | 161067258<br>Bank of America Home Loans<br>450 American Street<br>Simi Valley, CA 93065<br>(800) 669-0102 |
| Beulah Brent<br>21114 Vivienne Drive<br>Matteson, IL 60443 | 1560686414046<br>Chase Manhattan Mortgage<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127<br>(800) 548-7992 |
| Beulah Brent<br>21114 Vivienne Drive<br>Matteson, IL 60443 | 0686416348<br>Chase Manhattan Mortgage<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127<br>(800) 548-7992 |
| Beulah Brent<br>21114 Vivienne Drive<br>Matteson, IL 60443 | 0574794905<br>GMAC Mortgage<br>P O Box 9001719<br>Louisville, KY 40290-1719<br>(800) 766-4622 |

**Form B6 H  (12/07)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:   BRENT:  MICHAEL C.                               Debtor(s)  Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Beulah Brent<br>21114 Vivienne Drive<br>Matteson, IL 60443 | 0070783485<br>Ocwen Loan Servicing, LLC<br>P O Box 6440<br>Carol Stream, IL 60197-6440<br>(800) 746-2936 |
| Beulah Brent<br>21114 Vivienne Drive<br>Matteson, IL 60443 | 1002280311<br>Specialized Loan Servicing<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129<br>(800) 315-4757 |

Form B6 I  (12/07)

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.                                    Debtor(s)  Case No.                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status | RELATIONSHIP | AGE |
| Married | Son | 22 |
|  | Daughter | 16 |

| **Employment** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | President | Manager |
| Name of Employer | Kingdom Distributors Inc. | Access Community Health Cent |
| How long employed | 4 years | 3 years |
| Address of Employer | 21114 Vivienne Drive<br>Matteson, IL 60443 | 5050 S. State Street<br>Chicago, IL |

INCOME:  (Estimate of average monthly income at time case filed)                    DEBTOR          SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.) | 1500.00 | 5718.28 |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | 1500.00 | 5718.28 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | | 1100.95 |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify)<br>  personal tax allocation for debtor | 139.90 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $   139.90 | $   1100.95 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $  1360.10 | $  4617.33 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | |
| 8. Income from real property | | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| 11. Social security or other government assistance (Specify) | | |
| 12. Pension or retirement income | | |
| 13. Other monthly income (Specify) | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $  1360.10 | $   4617.33 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $  5977.43 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Debtor's pay fluctuates as he gets paid from the trucking company if there are funds available to pay him monthly.

Form B6 J  (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  BRENT:  MICHAEL C.                              Debtor(s)  Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The monthly average incomecalculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| 1. Rent or home mortgage payment  (include lot rented for mobile home) | $ | 2025.71 |
|     a.  Are real estate taxes included? ☐ Yes ☒ No    b. Is property insurance included? ☐ Yes ☒ No | | |
| 2. Utilities  Electricity and Heating Fuel | | 400.00 |
|     b.  Water and Sewer | | 100.00 |
|     c.  Telephone | | 120.00 |
|     d.  Other | | |
|           cell phones (3) | | 210.00 |
|           cable | | 60.00 |
|           hair care & barber | | 120.00 |
| 3. Home maintenance (repairs and upkeep) | | 100.00 |
| 4. Food | | 500.00 |
| 5. Clothing | | 200.00 |
| 6. Laundry and dry cleaning | | 150.00 |
| 7. Medical and dental expenses | | 100.00 |
| 8. Transportation (not including car payments) | | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | |
| 10. Charitable contributions | | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a.  Homeowner's or renter's | | 45.83 |
|     b.  Life | | 300.00 |
|     c.  Health | | |
|     d.  Auto | | |
|     e.  Other | | |
| 12.  Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) property taxes 21114 Vivienne Dr | | 908.50 |
| 13.  Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     a.  Auto | | |
|     b.  Other | | |
|     c.  Other | | |
|           Car note for wife | | 451.00 |
|           credit card payments for wife | | 1800.00 |
|           Tuition-  daughter (private school | | 1125.00 |
|           Tuition & books for son | | 200.00 |
| 14. Alimony, maintenance, and support paid to others | | |
| 15. Payments for support of additional dependents not living at your home | | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | |
| 17. Other    2nd mtg. on 21114 Vivienne Drive | | 394.87 |
|           IRS payment | | 350.00 |
| 18.  TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10010.91 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    No anticipated increase or decrease in expenses is expected to occur within the year following the filing of this document.

20. STATEMENT OF MONTHLY NET INCOME

    a. Average monthly income from line 15 of Schedule I

    b. Average monthly expenses from Line 18 above

    c. Monthly net income (a. minus b.)           0.00



Form B6 Cont. (12-07)        **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  BRENT:  MICHAEL C.                    Debtor(s)  Case No.          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22_____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 2.)

Date_11/08/10_____        Signature _/S/ Michael C. Brent_____
                                        BRENT:  MICHAEL C.              Debtor

Date_____            Signature_____
                                                        (Joint Debtor, if any)

                        *(If joint case, both spouses must sign.)*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY
## PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.
§110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the
maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that
section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by
                                                              11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the*
*officer, principal, responsible person, or partner who signs this document.*

Address:

X_____        _____
   Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in**
**fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the                              [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the                    [corporation or partnership]
named as debtor in this case,declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
22                              sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date _____              Signature _____

                                        (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.

B6 Cover (Form 6 Cover) (12/07)   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Property Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I  -  Current Income of Individual Debtor(s)
Schedule J -  Current Expenditures of Individual Debtor(s)

Unsworn Declaration Under Penalty of Purjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of
any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be
identified with the debtor's name and case number.  If the schedules are filed with the petition,
the case number should be left blank.

Schedules D, E, and F have been designated for the listing of each claim only once.  Even
when a claim is secured only in part or entitled to priority only in part, it still should be listed
only once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not
list the same claim twice.  If a creditor has more than one claim, such as claims arising from
seperate transactions, each claim should be scheduled separtely.

Review the specific instructions for each schedule before completing the schedule.



Form 7 Stmt of Financial Affairs (04/10)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

### Northern DISTRICT OF Illinois

In re:  BRENT:  MICHAEL C.

Debtor(s)   Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, orowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

NONE
| |  |

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 50000.00 | 2009 income for husband |
| 95855.00 | 2009 income for wife |
| 77173.00 | 2008 income for husband |
| 62906.00 | 2008 income for wife |
| 24183.93 | Year to date income for husband |
| 48250.00 | Year to date income for wife |



NONE
|  |     02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceeding the commencement of this case.  Give particulars.  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 51824.00 | 2009 income for rental properties |
| 69525 | 2008 income for rental properties |
| 10000.00 | Year to date rental income for rental properties |

NONE
| X |     03A PAYMENTS TO CREDITORS

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| X |     03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5850.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| X |     03C PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| | 04A SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Carol Butcher v. Michael Brent case # 2007 M6 003367 | Contract Complaint | In the Circuit Court of Cook County, Illinois, Munucipal Division | Judgment entered. |
| Citibank South Dakota, N.A. v. Michael Brent case # 09 M1 134838 | Contract Complaint | In the Circuit Court of Cook County, Illinois, Munucipal Division | Judgment entered |
| Capital One Bank v. Michael Brent case # 2010 M1 187170 | Contract Complaint | In the Circuit Court of Cook County, Illinois, Munucipal Division | Case pending |
| JP Morgan Chase Bank, v. Michael Brent & Beulah Brent case # 09 CH 23515 | Mortgage Foreclosure | In the Circuit Court of Cook, Illinois Chancery Division | Case Pending |

NONE
| X | 04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| | 05 REPOSSESSIONS FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| DATE OF REPOSSESSION,FORECLOSURE SALE, TRANSFER OR RETURN | NAME AND ADDRESS OF CREDITOR OR SELLER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 05/25/2010 | PNC Mortgage<br>6 N. Main Street<br>Dayton, OH 45402 | 341 Hickory, Chicago Heights, IL 60411 $80,000.00 |

NONE
|X| 06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X| 06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
|X| 07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[X]   08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[ ]   09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Starks & Boyd, P.C.<br>11528 S. Halsted<br>Chicago, IL 60628<br>Ph#  (773) 995-7900<br>Fax# (773) 995-7921 | 11/05/10 | $701.00 |

NONE
[X]   10A OTHER TRANSFERS

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[ ]   10B OTHER TRANSFERS

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Michael C. Brent Trust | 06/18/2007 | 21114 Vivienne Drive, Matteson, IL 60443 worth $264,000.00 |
|---|---|---|

 NONE
X

## 11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

 NONE
X

## 12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE
X

## 15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed report also any separate address of either spouse.

NONE
X  16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NONE
X  17A ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice and if known the Environmental Law:

NONE
X  17B ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
X  17C ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

NONE

18A NATURE LOCATION AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the busiinesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| Tax ID# | NAME | BEGINNING AND ENDING DATES | ADDRESS | NATURE OF BUSINESS ADDRESS |
|---------|------|----------------------------|---------|----------------------------|

| 20-47337937 | Kingdom Distributors, Inc. | 04/30/2005 | 21114 Vivienne Drive, Matteson, IL 60443 | Trucking Company |
| | Leachcim Inc. | 11/04/2005  - 04/13/2007 | 21114 Vivienne Drive, Matteson, IL 60443 | Real Estate |

NONE
|X|   18B NATURE LOCATION AND NAME OF BUSINESS

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

**Unsworn Declaration SFA   (04/10)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: BRENT:  MICHAEL C.

Debtor(s) Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 11/08/10          Signature /S/ Michael C. Brent _____

                                   BRENT:  MICHAEL C.

Date _____        Signature _____

                         (if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number
                                                             (Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____        _____

Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date 11/08/2010          Signature _____

                         (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and 3571.

3092 - Verification of Creditor Matrix. 12/95   Blumberg Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

## Northern **DISTRICT OF** Illinois

**In re:** BRENT:   MICHAEL C.

Debtor(s)

Case No.

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated:  11/08/10

Debtor  /S/ Michael C. Brent

BRENT:   MICHAEL C.

Debtor

3093W - Designation of Agent          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

Northern **DISTRICT OF** Illinois

In re: BRENT:  MICHAEL C.

Debtor(s)

Case No.

Chapter  7

# DESIGNATION OF AGENT

We hereby designate our attorney, whose signature, name, address, Identification Number (if applicable), and telephone number are set forth below, as our agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 70004 (b)(8), in this Court arising in this case.  This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case:  entry of Discharge of Debtor, the last date permitted for filing of complaints objecting to discharge under 11 U.S.C. 727 or dischargeability of debts under 11 U.S.C. 523, or the date an order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

Dated: __11/08/10_____

Debtor __/S/ Michael C. Brent_____
        BRENT:  MICHAEL C.

Debtor _____

Attorney__/S/ Carl B. Boyd_____
        Carl B. Boyd            #6206607

Blumberg Excelsior Publisher, NYC 10013

3087  Equity security holders list,
chapter 11, 12-95, W

**UNITED STATES BANKRUPTCY COURT** Northern                    **DISTRICT OF** Illinois

In re:  BRENT:  MICHAEL C.                              Debtor(s)  Case No.                (if known)

**LIST OF EQUITY SECURITY HOLDERS**

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OF PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129 | Secured Claim | A/C# 100228031 1 | 21114 Vivienne Drive, Matteson, IL 60443 |
| Bank of America Home Loans<br>450 American Street<br>Simi Valley, CA 93065 | Secured Claim | A/C# 670075432 594 | 21114 Vivienne Drive, Matteson, IL 60443 |
| Chase Manhattan Mortgage<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127 | Secured Claim | A/C# 156068641 6348 | 289 Hickory St., Chicago Heights, IL 60411 |
| Bank of America Home Loans<br>450 American Street<br>Simi Valley, CA 93065 | Secured Claim | A/C# 161067258 | 9121 S. Perry Ave., Chicago, IL 60620 |
| Chase Manhattan Mortgage<br>10790 Rancho Bernardo Road<br>San Diego, CA 92127 | Secured Claim | A/C# 156068641 4046 | 259 W. 15th Pl, Chicago Heights, IL 60411 |
| Ocwen Loan Servicing<br>P O Box 6440<br>Carol Stream, IL 60197 | Secured Claim | A/C# 007078348 5 | 9125 S. Perry Avenue, Chicago, IL 60620. |

3087  **Equity security holders list,
chapter 11, 12-95, W**

Blumberg Excelsior Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT** Northern          **DISTRICT OF** Illinois

In re:  BRENT:  MICHAEL C.                    Debtor(s)  Case No.                    (if known)

**LIST OF EQUITY SECURITY HOLDERS**

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OF PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Bank of America Home Loans 450 American Street Simi Valley, CA 93065 | Secured Claim | A/C# 137750827 | 238 Hickory Street, Chicago Heights, IL 60411. |

Form B4W (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

BRENT:  MICHAEL C.

Northe    **DISTRICT OF**    Illinois

Debtor(s)    Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE<br>MAILING ADDRESS INCLUDING<br>ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE<br>MAILING ADDRESS, INCLUDING ZIP CODE OF<br>EMPLOYEE, AGENT, OR DEPARTMENT OF<br>CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM<br>(trade debt, bank<br>loan, government<br>contract, etc) | (4)<br>C<br>U<br>S<br>D | (5)<br>AMOUNT OF CLAIM<br>(If secured also<br>state value of security) |
|---|---|---|---|---|
| Carol Butcher<br>C/O Legal Assistance Foundat<br>900 E. 162nd Street, Suite 10<br>South Holland, IL 60473<br>(708) 271-4950 | | | U | 41,827.50 |
| Small Business Administratio<br>P O Box 740192<br>Atlanta, GA 30374-0192<br>(800) 736-6048 | | | U | 30,458.73 |
| Citibank South Dakota, N.A.<br>P O Box 769006<br>San Antonio, TX 78245<br>(312) 977-5131 | | | U | 21,158.11 |
| Internal Revenue Service<br>Department of Treasury<br>Cincinnati, OH 45999-0025 | | | U | 20,322.57 |
| Citibank<br>300 St. Paul Place<br>Baltimore, MD 21202<br>(800) 922-6235 | | | U | 15,380.00 |
| Small Business Administratio<br>P O Box 740192<br>Atlanta, GA 30374-0192<br>(800) 736-6048 | | | U | 9,910.68 |
| Discover Financial Services<br>P O Box 3008<br>New Albany, OH 43054-3008<br>(800) 347-7768 | | | U | 5,658.77 |
| Citifinancial<br>3950 Regent Blvd., S2A-283<br>Irving, TX 75063-2244<br>(800) 346-3051 | | | U | 4,099.81 |
| Center Bank<br>17127 Pioneer Blvd.<br>Artesia, CA 90701 | | | U | 3,569.00 |
| Capital One Bank<br>P O Box 6492<br>Carol Stream, IL 60197<br>(800) 955-6600/ 800-608-5227 | | | U | 2,422.00 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.     *  Value of secured portion of claim

Form B4W (12/07)

Blumberg Excelsior, Inc., Publisher, NYC 10013

### UNITED STATES BANKRUPTCY COURT

Northe    **DISTRICT OF**    Illinois

BRENT: MICHAEL C.

Debtor(s)    Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4)<br>C U S D | (5)<br>AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| City of Chicago Heights<br>Dept. of Water<br>1601 Chicago Road<br>Chicago Heights, IL 60411 | | | | 840.89 |
| Sprint PCS<br>Sprint Customer Service<br>P O Box 8077<br>London, KY 40742<br>(888) 211-4727 | | | U | 751.00 |
| City of Chicago<br>The Dept. of Water Managemen<br>P O Box 6330<br>Chicago, IL 60680-6330<br>(312) 744-4426 | | | U | 525.16 |
| Athletic & Therapeutic Insti<br>790 Remington Blvd.<br>Bolingbrook, IL 60440<br>(877) 284-2455 | | | U | 477.99 |
| Open MRI Of Olympia Fields<br>1035 Campus Drive<br>Mundelein, IL 60060<br>(847) 816-3007 | | | U | 176.00 |
| Sam's Club<br>P O Box 981064<br>El Paso, TX 79998-1064<br>(800) 964-1917 | | | U | 122.00 |
| City of Chicago Heights<br>Dept. of Water<br>1601 Chicago Road<br>Chicago Heights, IL 60411 | | | U | 117.66 |
| Sprint PCS<br>C/O Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412<br>(800) 630-1056 | | | U | 0.00 |
| Small Business Administratio<br>C/O U.S. Dept. of Treasury<br>P O Box 830794<br>Birmingham, AL 35283-0794<br>(888) 826-3127 | | | U | 0.00 |
| Small Business Administratio<br>C/O The CBE Group, Inc.<br>P O Box 70958<br>Charlotte, NC 28272-0958<br>(866) 239-6098 | | | U | 0.00 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.    *  Value of secured portion of claim

Form B4W (12/07)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

Northe

**DISTRICT OF**    Illinois

BRENT:   MICHAEL C.

Debtor(s)    Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Open MRI Of Olympia Fields C/O Illinois Collection Servi P O Box 1010 Tinley Park, IL 60477 (708) 857-7600 | | | U | 0.00 |
| Discover Financial Services C/O Zwicker & Associates, P. 80 Minuteman Road Andover, MA 01810 (800) 370-2251 | | | U | 0.00 |
| Citibank South Dakota, N.A. C/O Blitt & Gaines, P.C. 661 W. Glenn Avenue Wheeling, IL 60090 (847) 403-4900/ 888-920-0620 | | | U | 0.00 |
| Capital One Bank C/O Blitt & Gaines, P.C. 661 W. Glenn Avenue Wheeling, IL 60090 (847) 403-4900/ 888-920-0620 | | | U | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.    * Value of secured portion of claim



Form B4W (12/07)    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

BRENT:  MICHAEL C.

Debtor(s)   Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## SIGNATURE PAGE

Date: <u>11/08/2010</u>          <u>/S/ Michael C. Brent</u>
                                 Debtor

Date: <u>11/08/2010</u>          _____
                                 Co-debtor